CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 14 2007

JOHN F. CORCORAN, CLERK
BY: S. [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM CLYDE KARAMPOUR, ) | |
| Petitioner, ) | Civil Action No. 7:07CV00308 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BRYAN WATSON, ) | By: Hon. Glen E. Conrad |
| Respondents. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**, and the petition for writ of habeas corpus shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 14th day of December, 2007.

_____
United States District Judge